NUMBER 13-04-619-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________

DAVID W. JOHNSON,                                                       Appellant,

v.

MARISA M. JOHNSON,                                                      Appellee.
_________________________________________________________

On appeal from the 130th District Court 
of Matagorda County, Texas
_________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

         Appellant, DAVID W. JOHNSON, attempted to perfect an appeal from a
judgment entered by the 130th District Court of Matagorda County, Texas, in cause
number 00-J-0364-D. Judgment in this cause was signed on June 23, 2004. A
timely motion for new trial was filed on July 8, 2004. Pursuant to Tex. R. App. P.
26.1, appellant’s notice of appeal was due on September 21, 2004, but was not filed
until October 28, 2004. 
         Notice of this defect was given so that steps could be taken to correct the
defect, if it could be done. Appellant was advised that, if the defect was not corrected
within ten days from the date of receipt of this Court’s letter, the appeal would be
dismissed. To date, no response has been received from appellant.
         The Court, having examined and fully considered the documents on file,
appellant’s failure to timely perfect his appeal, and appellant’s failure to respond to this
Court’s notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.
                                                               PER CURIAM


Memorandum Opinion delivered and filed this
the 7th day of April, 2005.